**APPEAL**

# U.S. Bankruptcy Court
## Western District of Texas (El Paso)
### Bankruptcy Petition #: 21−30071−hcm

*Assigned to:* Bankruptcy Judge H. Christopher Mott
Chapter 11
Voluntary
Asset

*Date filed:* 02/02/2021
*Plan confirmed:* 10/15/2021
*341 meeting:* 03/04/2021
*Deadline for filing claims:* 06/02/2021

*Debtor*
**The Gateway Ventures, LLC**
154 N. Festival Dr., Suite D
El Paso, TX 79912
EL PASO−TX
Tax ID / EIN: 83−2804095

represented by **Jeff Carruth**
Weycer Kaplan Pulaski & Zuber, P.C.
24 Greenway Plaza, #2050
Houston, TX 77046
713−341−1158
Fax : 866−666−5322
Email: jcarruth@wkpz.com

| Filing Date | # | Docket Text |
|---|---|---|
| 03/24/2022 | 297 | Notice of Appeal Filed by Michael R. Nevarez for Creditors Suhail Bawa, Saleem Makani, Westar Investors Group, LLC ( Filing Fee:$ 298.00 ) (Nevarez, Michael) (Attachments: # 1 Exhibit)(related document(s): 293 Order Regarding (related document(s): 282 Second Emergency Motion Second Motion To Enforce The Chapter 11 Plan, and Award Other Miscellaneous Relief (DOC #231, 245, 246 and 278) ($100,000.00) filed by Michael R. Nevarez for Creditors Suhail Bawa, Saleem Makani, Westar Investors Group, LLC (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Proposed Order)) (Order entered on 3/11/2022)) |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| THE GATEWAY VENTURES, LLC, | § | CASE NO. 21-30071-HCM |
| | § | |
| REORGANIZED DEBTOR. | § | CHAPTER 11 |

**WESTAR INVESTORS GROUP, LLC, SUHAIL BAWA, AND SALEEM MAKANI'S NOTICE OF APPEAL**
**(DOC#293)**

**TO THE HONORABLE H. CHRISTOPHER MOTT, U.S. BANKRUPTCY JUDGE:**

**COME NOW** WESTAR INVESTORS GROUP, LLC, SUHAIL BAWA, and SALEEM MAKANI, creditors and parties-in-interest (hereinafter referred to as "Appellants"), by and through the undersigned counsel, and hereby timely appeal to the United States District Court of the Western District of Texas, within 14 days after entry of the judgment, order, or decree being appealed, pursuant to 28 U.S.C. §158(a)(1), and in accordance with Fed. R. Bankr. P. 8002(a)(1), from the following Order of the United States Bankruptcy Court for the Western District of Texas, in the instant case:

a) "Order Denying Second Emergency Motion To Enforce Plan" (DOC#293), signed on March 10, 2022, and entered on March 11, 2022, a copy of which is attached hereto as Exhibit A.

The names of the parties to the above-described Order, appealed from herein, and the name and address of their attorney, are as follows:

> **REORGANIZED DEBTOR:**
> The Gateway Ventures, LLC
> 154 N. Festival Dr., Suite D
> El Paso, TX 79912

2

**ATTORNEY FOR REORGANIZED DEBTOR:**
Jeff Carruth
Weyer Kaplan Pulaski & Zuber, P.C.
3030 Matlock Rd., Suite 201
Arlington, Texas 76105
Email: jarruth@wkpz.com

**CREDITORS AND PARTIES-IN-INTEREST:**
Westar Investors Group, LLC
750 York Ct.
Lewisville, TX 75056

Suhail Bawa
750 York Ct.
Lewisville, TX 75056

Saleem Makani
750 York Ct.
Lewisville, TX 75056

**ATTORNEY FOR DEBTOR:**
Michael R. Nevarez
The Nevarez Law Firm, PC
P.O. Box 12247
El Paso, TX 79913
Email: MNevarez@LawOfficesMRN.com

March 24, 2022

Respectfully submitted,

**THE NEVAREZ LAW FIRM, PC**
A Professional Corporation
7362 Remcon Circle
El Paso, Texas 79912
Telephone: (915) 225-2255
Facsimiles: (915) 845-3405
Email: MNevarez@LawOfficesMRN.com

/s/ Michael R. Nevarez
By: **MICHAEL R. NEVAREZ**
State of Texas Bar No. 14933400

Attorney for WESTAR INVESTORS GROUP, LLC, SUHAIL BAWA, and SALEEM MAKANI

Westar Investors Group, LLC, Suhail Bawa, and Saleem Makani's Notice of Appeal
*In Re: The Gateway Ventures, LLC,*
USBC-WDTX, El Paso Division, Case No. 21-30071-hcm

Page 2 of 3

3

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **WESTAR INVESTORS GROUP, LLC, SUHAIL BAWA, and SALEEM MAKANI'S NOTICE OF APPEAL** was served either by electronic means as listed on the Court's ECF noticing system, or by regular first-class mail, postage prepaid, to the following parties in interest, on or before March 24, 2022:

> **ATTORNEY FOR REORGANIZED DEBTOR:**
> Jeff Carruth
> Weyer Kaplan Pulaski & Zuber, P.C.
> 3030 Matlock Rd., Suite 201
> Arlington, Texas 76105
> Email: jarruth@wkpz.com
>
> **REORGANIZED DEBTOR:**
> The Gateway Ventures, LLC
> 154 N. Festival Dr., Suite D
> El Paso, TX 79912
>
> **EQUITY SECURITY HOLDERS**
> **ALL UNSECURED CREDITORS**
> **ALL SECURED CREDITORS**
> **ALL PARTIES IN INTEREST**

>> /s/ Michael R. Nevarez
>> By: **MICHAEL R. NEVAREZ**

Westar Investors Group, LLC, Suhail Bawa, and Saleem Makani's Notice of Appeal
*In Re: The Gateway Ventures, LLC,*
USBC-WDTX, El Paso Division, Case No. 21-30071-hcm                    Page 3 of 3

4

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-3<br>Case 21-30071-hcm<br>Western District of Texas<br>El Paso<br>Wed Feb 23 12:03:01 CST 2022 | The Gateway Ventures, LLC<br>154 N. Festival Dr., Suite D<br>El Paso, TX 79912-6265 | United States Trustee (SMG311)<br>U.S. Trustee's Office<br>615 E. Houston, Suite 533<br>P.O. Box 1539<br>San Antonio, TX 78295-1539 |
| U.S. BANKRUPTCY COURT<br>511 E. San Antonio Ave., Rm. 444<br>EL PASO, TX 79901-2417 | Ashish Nayyar<br>806 Rockport Lane<br>Allen, TX 75013 | Ashish Nayyar<br>c/o James M. Feuille<br>ScottHulse PC<br>P.O. Box 99123<br>El Paso, TX 79999-9123 |
| Ashish Nayyar, Rahim Noorani,<br>Deepesh Shrestha, and Umesh Shrestha<br>c/o James M. Feuille<br>201 E. Main Drive, Suite 1100<br>El Paso, TX 79901-1340 | Border Demolition<br>Attn: Bonnie Solis<br>1004 Diesel Drive<br>El Paso, TX 79907-3100 | City of El Paso<br>c/o Don Stecker<br>112 E. Pecan St. Suite 2200<br>San Antonio, TX 78205-1588 |
| Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX 78711-2548 | Cumming Skidmore Property Tax Service, LLC<br>5024 Amen Corner<br>El Paso, TX 79922-2047 | Deepesh Shrestha<br>c/o James M. Feuille<br>ScottHulse PC<br>P.O. Box 99123<br>El Paso, TX 79999-9123 |
| Depcesh Shrestha<br>3708 N. White Chapel Blvd.<br>Southlake, TX 76092-2042 | El Paso County Tax AC<br>301 Manny Martinez Dr., 1st Floor<br>El Paso, TX 79905-5503 | HD Lending LLC<br>6080 Surety Dr. Ste 101<br>El Paso, TX 79905-2066 |
| HD Lending LLC<br>c/o Stephen H. Nickey PC<br>1201 North Mesa Ste. B<br>El Paso, TX 79902-4000 | HD Lending, LLC<br>c/o Clyde A. Pine, Jr.<br>Mounce Green Myers<br>P.O. Box 1977<br>El Paso, Texas 79999-1977 | Internal Revenue Service<br>Special Procedures Staff - Insolvency<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Michael Dixson<br>780 N. Resler Drive Suite B<br>El Paso, TX 79912-7196 | PDG Prestige, Inc.<br>780 N. Resler Drive Suite B<br>El Paso, TX 79912-7196 | Rahim Noorani<br>4312 Hopi Drive<br>Carrolton, TX 75010-1133 |
| Rahim Noorani<br>c/o James M. Feuille<br>ScottHulse PC<br>P.O. Box 99123<br>El Paso, TX 79999-9123 | Rahim Noorani, et al.<br>c/o Marty D. Price<br>2514 Boll St.<br>Dalals, TX 75204-2512 | Saleem Makani<br>c/o Eric W. Wood<br>Brown Fox PLLC<br>5550 Granite Parkway, Suite 175<br>Plano, Texas 75024<br>Email: eric@brownfoxlaw.com 75024-3834 |
| Saleem Makani<br>c/o Eric Wood (Brown Fox)<br>8111 Preston Rd. Ste 300<br>Dallas, TX 75225-6329 | Spectrum Gulf Coast, LLC<br>c/o Thompson Coburn LLP, Attn: Brian Hoc<br>One U.S. Bank Plaza, Suite 2700<br>St. Louis, MO 63101-1616 | Suhail Bawa<br>c/o Eric W. Wood<br>Brown Fox PLLC<br>5550 Granite Parkway, Suite 175<br>Plano, Texas 75024<br>Email: eric@brownfoxlaw.com 75024-3834 |
| Suhail Bawa<br>c/o Eric Wood (Brown Fox)<br>8111 Preston Rd. Ste 300<br>Dallas, TX 75225-6329 | Suresh Kumar<br>c/o Harrel Davis<br>PO Box 1322<br>El Paso, TX 79947-1322 | Texas Attorney General<br>Environmental Protection Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 |

```
(p)TEXAS COMMISSION ON ENVIRONMENTAL QUALITY    Umesh Shrestha                          Umesh Shrestha
ATTN BANKRUPTCY PROGRAM                         8505 Revenue Way                        c/o James M. Feuille
P O BOX 13087                                   North Richland Hills, TX 76182-7431     ScottHulse PC
MC 132                                                                                  P.O. Box 99123
AUSTIN TX 78711-3087                                                                    El Paso, TX 79999-9123


Union Gateway, LLC                              United States Trustee - EP12            Westar Investor Group LLC
c/o Ryan Little                                 U.S. Trustee's Office                   c/o Eric Wood (Brown Fox)
P. O. Drawer 1977                               615 E. Houston, Suite 533               8111 Preston Rd. Ste 300
El Paso, Texas 79999-1977                       P.O. Box 1539                           Dallas, TX 75225-6329
                                                San Antonio, TX 78295-1539


Westar Investors Group LLC                      Westar Investors Group, LLC             Jeff Carruth
c/o Michael R. Nevarez (Local Counsel)          c/o Eric W. Wood                        Weycer Kaplan Pulaski & Zuber, P.C.
The Nevarez Law Firm, P.C.                      Brown Fox PLLC                          24 Greenway Plaza, #2050
P.O. Box 12247                                  5550 Granite Parkway, Suite 175         Houston, TX 77046-2445
El Paso, TX 79913-0247                          Plano, Texas 75024
                                                Email: eric@brownfoxlaw.com  75024-3834



              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).



Texas Commission on Environmental Qualit        End of Label Matrix
Reg. 6 Office Compliance Enforcement            Mailable recipients    38
401 E Franklin Ave, Suite 560                   Bypassed recipients     0
El Paso, TX 79901-1212                          Total                  38
```

**The relief described hereinbelow is SO ORDERED.**

Signed March 10, 2022.

_____
H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| THE GATEWAY VENTURES, LLC | § | CASE NO. 21-30071-hcm |
| Debtor. | § | (Chapter 11) |

### ORDER DENYING SECOND EMERGENCY MOTION TO ENFORCE PLAN

On March 10, 2022, the Court conducted a hearing on the Second Emergency Motion to Enforce the Chapter 11 Plan and Related Relief ("Motion")(dkt# 282) filed by Westar Investors Group, LLC, Suhail Bawa, and Saleem Makani (collectively "Westar Group"). The Gateway Ventures, LLC ("Reorganized Debtor") filed a Response to the Motion ("Response")(dkt# 291). Appearing at the hearing were counsel for the Westar Group; counsel for the Reorganized Debtor; counsel for Suresh Kumar; and Mr. Michael Dixson of the Reorganized Debtor.

The Court has considered the Motion, the Response, the exhibits, the evidence, the record in this case, and the statements and arguments of counsel. For the reasons stated by the Court on the record at the hearing on March 10, 2022, the Court finds that the Motion should be denied, and the following Order should be entered.

1

**IT IS THEREFORE ORDERED ADJUDGED AND DECREED AS FOLLOWS:**

1. The Second Emergency Motion to Enforce the Chapter 11 Plan and Related Relief ("Motion")(dkt# 282) filed by Westar Investors Group, LLC, Suhail Bawa, and Saleem Makani (collectively "Westar Group") is hereby DENIED.

2. This Order is without prejudice to the remedy provided to the Westar Investors Group, LLC in section 5.8.2(4) of the First Amended Plan of Reorganization as Modified confirmed by the Court and any remedy that may be provided by section 1112(b) of the Bankruptcy Code.

# # #